IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS F. THORNTON, | Civil Action No. _____ |
| Plaintiff, | |
|  | Superior Court of the District of Columbia |
|  | Case No: 2025-CAB-003574 |
| NATIONAL ACADEMY OF SCIENCE, ENGINEERING AND MEDICINE, | |
| Defendant. | |

## NOTICE OF REMOVAL

To:     United States District Court
        For the District of Columbia

        Superior Court of the District of Columbia

        John C. Cook, Esq.
        COOK CRAIG & FRANCUZENKO
        3050 Chain Bridge Road, Suite 200
        Fairfax, VA 22030
        Attorneys for Plaintiff

PLEASE TAKE NOTICE that Defendant National Academies of Science, Engineering and Medicine ("NASEM")[1], hereby removes this civil action from the Superior Court of the District of Columbia pursuant to 28 U.S.C. §§ 1441 and 1446. The grounds for this removal are as follows:

---

[1] The parties have stipulated as to a substitution of defendant. The proper defendant is National Academy of Sciences. This stipulation was a condition of Defendant's acceptance of service of the Complaint as counsel could not accept service on behalf of a non-existent entity (there is no business entity named "National Academies of Science, Engineering and Medicine"). See Attachment A.

2

1. A civil action has been commenced and is now pending in the Superior Court of the District of Columbia, wherein Thomas F. Thornton is Plaintiff and NASEM is Defendant. That action has been designated as Case No: 2025-CAB-003574 by the Clerk of the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, motions and orders thus far served upon or by NASEM in Case No: 2025-CAB-003574 are attached hereto as Attachment A.

2. Process was received by NASEM in Case No: 2025-CAB-003574 on June 5, 2025.

3. This Notice of Removal is filed within 30 days of service of the Complaint upon NASEM and thus is timely.

5. This Court has federal question jurisdiction over Plaintiff's claim in Count IV of the Complaint alleging violations of the federal False Claims Act, 31 U.S.C. 3730.

8. This Court may exercise supplemental jurisdiction over the other state law claims in the Complaint. Accordingly, the United States District Court for the District of Columbia has jurisdiction over the above-referenced civil action pursuant to 28 U.S.C. § 1331.

WHEREFORE, for the reasons stated above, Case No: 2025-CAB-003574, pending in the Superior Court of the District of Columbia should be removed to this Court.

                    Respectfully submitted,

                    By: /s/ Karla Grossenbacher
                    SEYFARTH SHAW LLP
                    Karla Grossenbacher, Esq, Bar #442544
                    975 F Street NW
                    Washington, D.C. 20004
                    Telephone: (202) 463-2400
                    Facsimile: (202) 828-5393 (fax)
                    kgrossenbacher@seyfarth.com

                    Counsel for NASEM

Date:   July 7, 2025

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Notice of Removal was served by ECF, this 7th day of July, 2025, upon:

>John C. Cook, Esq.
>COOK CRAIG & FRANCUZENKO
>3050 Chain Bridge Road, Suite 200
>Fairfax, VA 22030
>
>Attorneys for Plaintiff

I also certify that I have caused a copy of this Notice of Removal to be filed with the Clerk of the Court of the Superior Court of the District of Columbia in accordance with 28 U.S.C. § 1446(d) and have filed herewith as Attachment A all process, pleadings and orders served upon or by NASEM in that Court, pursuant to 28 U.S.C. § 1446(a).

/s/ Karla Grossenbacher
Karla Grossenbacher

318894332.2